# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 142 WAL 2016

            Respondent          :

                                 :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court
            v.                  :

                                 :

RACEAN BRITT,                  :

            Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.